## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| | : | |
| v. | : | Mag. No. 23-3038 |
| | : | |
| ELIYAHU ("ELI") WEINSTEIN, | : | SEALING ORDER RECEIVED |
| a/k/a "Mike Konig," | : | |
| ARYEH "ARI" BROMBERG, | : | JUL 1 8 2023 |
| JOEL WITTELS, | : | |
| SHLOMO EREZ, and | : | AT 8:30_____M |
| ALAA HATTAB | : | CLERK, U.S. DISTRICT COURT - DNJ |

Upon application of the United States Attorney for the District of New Jersey

(by Assistant United States Attorneys Emma Spiro and Jonathan Fayer), for an

order sealing the complaint, arrest warrants, and all supporting papers in the

above-captioned matter, and good and sufficient cause having been shown,

IT IS, on this 18th day of July, 2023,

ORDERED that the complaint, arrest warrants, and all supporting papers in

the above-captioned matter, except for such copies of the arrest warrants, if any,

that are needed to effectuate their purpose, be sealed until at least two of the

defendants named in the arrest warrants are arrested or until further order of this

Court.

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge