# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**  
**OFFICE**

**July 19, 2023**  
**DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**  
**Digitally Recorded: John Moller**

**TITLE OF CASE**:  23-MJ-3038 (TJB)-2

UNITED STATES OF AMERICA
    V.
ARYEH "ARI" BROMBERG

**APPEARANCES:**

Emma Spiro & Jonathan Fayer, AUSA for Government
Ricardo Solano, Esq., for Defendant
Todd Jones, Pretrial Service Officer

**NATURE OF PROCEEDING:**   Initial Appearance on Complaint

Ordered Ricardo Solano, Esq. retained as counsel.
Initial appearance held.
Defendant advised of his rights, charges, and penalties.
Counsel waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
Brady Order to be entered.
All parties consent to release.
Ordered bail set at $500,000 unsecured bond.
Order Setting Conditions of Release to be entered.

TIME COMMENCED:   5:28 p.m.
TIME ADJOURNED:   5:41 p.m.            s/ John Moller
TOTAL TIME: 13 MINUTES                  Deputy Clerk