APPENDIX B. CRIMINAL CASE APPEARANCE FORM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUL 19 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES OF AMERICA

v.

Aryeh "Ari" Bromberg

CRIMINAL NO. 23-mj-3038 (TJB)-2

APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for __Aryeh "Ari" Bromberg__
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

__NJ, NY, DNJ__
Court(s)

__1999, 2000, 2000__
Year(s) of Admission

Date: __7/20/2023__

_____
Signature of Attorney

__Ricardo Solano Jr__
Print Name

__One Gateway Center__
Address

__Newark, NJ   07102__
City      State      Zip Code

__973.596.4471__
Phone Number           Fax Number