AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:23-mj-3038 (TJB)-2 |
| ARYEH "ARI" BROMBERG ) | |
| *Defendant* ) | |

RECEIVED
JUL 19 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/19/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ricardo Solano
*Printed name and bar number of defendant's attorney*

One Gateway Ctr. Newark, NJ 07102
*Address of defendant's attorney*

rsolano@gibbonslaw.com
*E-mail address of defendant's attorney*

973.596.4471
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*