AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>ARYEH "ARI" BROMBERG<br>*Defendant* | )<br>)<br>)  Case No.  23-MJ-3038 (TJB)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARYEH "ARI" BROMBERG                                                                                                  .

Date: **September 15, 2023**                                         s/ Christina M. LaBruno
                                                                                          *Attorney's signature*

                                                                   Christina M. LaBruno, 305892019
                                                                        *Printed name and bar number*
                                                                                    GIBBONS P.C.
                                                                                One Gateway Center
                                                                              Newark, New Jersey 07102

                                                                                        *Address*

                                                                       clabruno@gibbonslaw.com
                                                                                    *E-mail address*

                                                                                 (973) 596-4475
                                                                                  *Telephone number*

                                                                                 (973) 639-6390
                                                                                     *FAX number*