UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    v.<br>ELIYAHU "ELI" WEINSTEIN,<br>    a/k/a "Mike Konig,"<br>ARYEH "ARI" BROMBERG,<br>JOEL WITTELS,<br>SHLOMO EREZ, and<br>ALAA HATTAB | 23 MJ 3038<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Carolyn Silane, Assistant United States Attorney (carolyn.silane@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

PHILIP SELLINGER
United States Attorney

*/s/ Carolyn Silane*
By: CAROLYN SILANE
Assistant U.S. Attorney

Dated: September 17, 2023