# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 23-3038 |
| ARYEH ("ARI") BROMBERG | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Jonathan Fayer, Mark J. Pesce, and Carolyn Silane, Assistant U.S. Attorneys, appearing), and defendant Aryeh Bromberg (Ricardo Solano Jr., Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through February 20, 2024.

2. This Court granted three § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation of counsel.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

b. The Government and defense counsel seek additional time to permit the parties to prepare for upcoming proceedings.

c. Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this Order through February 20, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

Date: 2/13/2024

/s/ *Carolyn Silane*

JONATHAN FAYER
MARK J. PESCE
CAROLYN SILANE
Assistant U.S. Attorneys

RICARDO SOLANO JR.
Counsel for Aryeh Bromberg